UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
-----------------------------------------------------------------X
TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT a/s/o Vanbro Corporation and Other
Interested Insurers under the Policy of Insurance,

        Plaintiffs,                    **RULE 7.1 STATEMENT**

   -against-

LEIBHERR CRANES, INC., LIEBHERR NENZING
CRANE CO.,

        Defendants.
-----------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Leibherr Cranes, Inc. d/b/a Liebherr Nenzing Crane Co. certifies that the following are parent companies, subsidiaries or affiliates of Leibherr Cranes, Inc. which have any outstanding securities in the hands of the public:

    NONE

These representations are made in order that the judges of this court may determine the need for recusal.

Dated:    New York, New York
            July 31, 2008

                                            Respectfully submitted,
                                            LANDMAN CORSI BALLAINE & FORD P.C.

                        By:    _____
                                            Ronald E. Joseph (RJ 9302)
                                            Attorneys for Defendant
                                            120 Broadway, 27th Floor
                                            New York, New York 10271-0079
                                            (212) 238-4800

465225.1 DocsNY

To:    Of Counsel:
David C. Bowen (VBN 26771)
Willcox & Savage P.C.
One Commercial Place, Suite 1800
Norfolk, Virginia 23510
757-628-5500

466085 docs.ny