UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X

TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT a/s/o Vanbro Corporation and other
interested insureds under the policy of insurance,

        Plaintiffs,

  -against-

LIEBHERR CRANES, INC. and
LIEBHERR NENZING CRANE CO.

        Defendants.
―――――――――――――――――――――X

08-CV-06872-LAP

**CASE MANAGEMENT PLAN**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/09
```

**I.**  **Description of the case**

  a.  Identify the attorneys of record for each party, including lead trial attorney.

    For Plaintiff TRAVELERS INDEMNITY COMPANY OF CONNECTICUT a/s/o Vanbro Corporation and other interested insureds under the policy of insurance.

      **Robert C. Sheps – Lead Trial Attorney**
      **Sheps Law Group, P.C.**
      **35 Pinelawn Road**
      **Melville, NY 11747**
      **631 249-5600**
      **631 249-5613 (fax)**
      **Rsheps@shepslaw.com**

    For Defendants LIEBHERR CRANES, INC. and LIEBHERR NENZING CRANE CO.:

      **Ronald Joseph, Esq.**
      **Landman Corsi Ballaine & Ford, P.C.**
      **120 Broadway, 27th Floor**
      **New York, New York 10271**
      **(212) 238-4800**
      **(212) 238-4848 (fax)**
      **RJoseph@lcbf.com**

    b.    State the basis for federal jurisdiction.

          **Diversity of citizenship.**

    c.    Briefly describe the claims asserted in the complaint and any counterclaims.

          **Plaintiff has alleged property damage as a result of a fire to a crane based upon claims of Negligence, Strict Products Liability and Breach of Warranty against the defendant crane companies Liebherr Cranes and Liebherr Nenzing Crane**

    d.    Describe the relief sought.

          **Plaintiff seeks compensatory damages based upon alleged loss and/or destruction of the subject crane in an amount of $1,000,284.87**

## II.    Proposed Case Management Plan

    a.    Identify all pending motions: **None at this time.**

    b.    Proposed cutoff date for joinder of additional parties: **November 1, 2009.**

    c.    Proposed cutoff date for amendments to the pleadings: **November 1, 2009.**

    d.    Proposed schedule for completion of discovery, including:

        i.    Rule 26(a)(1) disclosures to be completed: **Already Completed.**

        ii.    Discovery Demands and Interrogatories to be served: **Already Completed.**

        iii.    Responses to Demands and Interrogatories: **Already Completed**

        iv.    Fact Discovery Completion Date: **January 31, 2010**

        v.    Expert discovery completion date, including dates for delivery of expert reports:

          By Plaintiff: **March 8, 2010**

          By Defendants: **April 14, 2010**

    e.   ~~Proposed~~ date for ~~filing~~ dispositive motions: _requesting pre-motion conference for April 28, 2010_

    e.    Proposed date for filing a final pretrial order: *May 31, 2010*

    f.    Proposed trial schedule, indicating:

        i.    Whether a jury is requested: **Yes**

        ii.    The estimated length of the trial: **3-4 days**

        iii.    Date when case will be ready for trial: _____

III.   ~~The parties consent to proceed before a Magistrate Judge.~~

IV.   Status of Settlement Discussions

    a.    To date, no settlement discussions have taken place.

    b.    Describe the status of settlement discussion: n/a

    c.    Whether the parties request a settlement conference: **Yes**

*Counsel shall report to the Court by letter no later than January 31, 2010 as to the status of settlement discussions*

NEXT CASE MANAGEMENT CONFERENCE_____

Dated: August 5, 2009
Melville, NY

SO ORDERED

*Loretta A. Preska*
HON. LORETTA A. PRESKA
United States District Judge,

_____
Robert C. Sheps, Esq
**Sheps Law Group P.C.**
35 Pinelawn Road, Suite 106E
Melville, New York 11747
631 249-5600
631 249-5613 (fax)
Rsheps@shepslaw.com

_____
Ronald Joseph, Esq (RJ-9302)
**Landman Corsi Ballaine & Ford**
120 Broadway, 27th Floor
New York, New York 10271
(212) 238-4800
(212) 238-4848 (fax)
RJoseph@lcbf.com